Dismissed and Memorandum Opinion filed June 3, 2004









Dismissed and Memorandum Opinion filed June 3, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00054-CV

____________

 

MICHAEL G.
BURDICK AND LORING BRUCE BURDICK, Appellants

 

V.

 

OSCAR PARULIAN
AND RANDY WHITE, Appellees

 



 

On Appeal from the
85th District Court

 Brazos County, Texas

Trial Court Cause
No. 52803-CV

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 3, 2002.

On May 25, 2004, appellants filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.
 The motion is granted.

Accordingly, the appeal is ordered
dismissed.

PER CURIAM

Judgment
rendered and Memorandum Opinion filed June 3, 2004.

Panel consists
of Justices Yates, Anderson, and Hudson.